**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:  Kent Wakefield                                       CASE NO:   17-00041
                                                             CHAPTER 13
                                                             HON. Scott W. Dales

**FIRST POST CONFIRMATION AMENDED CHAPTER 13 PLAN**

The Debtor's payment shall increase to $2,812.00 per month beginning with the April 2018 payment and remain the same until further order from the Court.


March 21, 2018                               /s/Kent Wakefield
                                             Kent Wakefield, Debtor


March 21, 2018                                /s/ Lynn Osborne
                                             Lynn Osborne (P66545), Attorney for Debtor
                                             Lynn Osborne, P.C.
                                             401 W. Ionia St.
                                             Lansing, MI 48933
                                             (517) 708-2992
                                             ecflopc@aol.com